```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00954
   JASON MATTHEW KADLEC
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4281

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/12/2005 and was confirmed 02/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  60.55% from remaining funds.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED       NOT FILED            .00          .00
ECAST SETTLEMENT CORP      UNSECURED OTH   3190.11              .00      1931.25
ECAST SETTLEMENT CORP      UNSECURED OTH  11703.09              .00      7086.69
NEXTEL COMMUNICATIONS      UNSECURED       NOT FILED            .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                        677.06
DEBTOR REFUND              REFUND                                         152.61

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             12,547.61

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                              9,017.94
ADMINISTRATIVE                         2,700.00
TRUSTEE COMPENSATION                     677.06
DEBTOR REFUND                            152.61
                   ---------------   ---------------
TOTALS              12,547.61          12,547.61
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE